01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE
07
JOSE CRUZ MILAN AMADOR,                    )
08                                         )    CASE NO. C11-1378-RSM
                        Petitioner,        )
09                                         )
        v.                                 )    ORDER OF DISMISSAL
10                                         )
                                           )
11   ICE FIELD OFFICE DIRECTOR,            )
                                           )
12                      Respondent.        )
     _____ )
13
        The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus,
14
respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable
15
Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that,
16
and the remaining record, finds and Orders as follows:
17
        (1)     The Court adopts the Report and Recommendation;
18      (2)     Respondents' motion to dismiss (Dkt. No. 8) is GRANTED, and this action is
                DISMISSED with prejudice;
19      (3)     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

20      DATED this 10 day of January 2012.

21                                         _____
                                           RICARDO S. MARTINEZ
22                                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1